IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC JONES,

    Plaintiff,

v.                                                                 No. Civ. 2:23-1147 KRS/GBW

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF DONA ANA,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW
## MOTION FOR PRELIMINARY INJUNCTION

THIS MATTER is before the Court on Plaintiff's Motion to Withdraw Plaintiff's Motion for Preliminary Injunction, (Doc. 33), filed April 10, 2024. Plaintiff asks to withdraw his Motion for Preliminary Injunction, (Doc. 29), without prejudice. Defendant's response to the Motion for Preliminary Injunction was due April 10, 2024, but has not been filed. *See* (Doc. 32) (Notice of Agreed Upon Extension). In the Motion to Withdraw, Plaintiff states the parties have reached a solution that resolves his Motion for Preliminary Injunction. (Doc. 33) at 2-3. Based on the foregoing, the Court finds that Plaintiff's Motion to Withdraw, (Doc. 33), is well-taken and is GRANTED. Plaintiff's Motion for Preliminary Injunction, (Doc. 29), is withdrawn without prejudice.

    IT IS SO ORDERED.

                                                                KEVIN R. SWEAZEA
                                                                UNITED STATES MAGISTRATE JUDGE
                                                                Presiding by Consent