IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC JONES,

    Plaintiff,

v.                                        Case No. 2:23-cv-1147 KRS/GBW

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF DOÑA ANA,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss With Prejudice, (Doc. 47), filed July 15, 2024, stating the parties have resolved this lawsuit.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent